[No. 20206-5-I.   Division One.   October 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GILBERT
KUBLICK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-04345-1, Norman W. Quinn, J., entered

March 26, 1987. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.